IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LORI HOPKINS, individually and on behalf of others similarly situated, <br><br> and <br><br> KILA HAGLER, individually and on behalf of others similarly situated, <br><br> v. <br><br> AEROCARE HOME MEDICAL EQUIPMENT, INC., et. al. <br><br> Defendants. | Case No. 2: 19-CV-04054-NKL <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, APPOINTMENT OF CLASS COUNSEL AND APPROVAL OF NOTICE TO PUTATIVE CLASS MEMBERS**

COME NOW Plaintiffs, by and through counsel, and move this court for an order: (1) certifying a class of all non-exempt hourly customer service representatives employed by certain subsidiaries of Aerocare Holdings, Inc. that worked on call at any time from March 15, 2016 to November 14, 2019, at the locations listed in Exhibit 1 attached to Plaintiffs' Memorandum in Support; (2) approving dissemination of notice to all collective action members; (3) appointing Plaintiff Lori Hopkins and Plaintiff Kila Hagler as class representatives; and (4) appointing Newman, Comley & Ruth, P.C. and Cook, Vetter, Doerhoff & Landwehr, P.C. as class co-counsel. The parties have agreed to a settlement (See, Doc. 70). The requested certification is necessary to implement the terms of the settlement. Defendants do not oppose this Motion for Class Certification, Appointment of Class Representatives, Appointment of Class Counsel and Approval of Notice to Putative Class Members.

In support of this Motion, Plaintiffs are simultaneously filing their Memorandum in Support of the Motion, which is incorporated herein by this reference. A proposed notice is submitted with Plaintiffs' Memorandum in Support of this Motion.

WHEREFORE, for the reasons stated in this motion and the accompanying Memorandum in Support, Plaintiffs respectfully pray for an Order certifying the FLSA collective action, approving the form and dissemination of notice to the potential collective action members, appointing the named Plaintiffs as class representatives and the undersigned as class co-counsel, and granting such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

/s/ Matthew A. Clement
Matthew A. Clement  #43833
Kari A. Schulte        #57739
COOK, VETTER, DOERHOFF
  & LANDWEHR, P.C.
231 Madison
Jefferson City, MO  65101
(573) 635-7977
(573) 635-7414 – facsimile
mclement@cvdl.net
kschulte@cvdl.net

and

Ryan J. McDaniels     #63072
Kimberly J.Z. Guthrie #68147
NEWMAN, COMLEY & RUTH P.C.
601 Monroe Street, Suite 301
P.O. Box 537
Jefferson City, MO  65102
Telephone:  (573) 634-2266
FAX:  (573) 636-3306
ryan.m@ncrpc.com
guthriek@ncrpc.com

*Attorneys for Plaintiffs*

Certificate of Service

The undersigned hereby certifies that the foregoing document was served this 1st day of May, 2020, using the Court's CM/ECF system, upon all counsel of record.

                                                             ___/s/Matthew A. Clement_____
                                                                   For the Firm