# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| LORI HOPKINS AND KILA HAGLER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AEROCARE HOME MEDICAL EQUIPMENT, INC., et al.,<br><br>Defendants. | Case No. 2:19-cv-04054-NKL |

## JOINT NOTICE OF FILING OF AMENDMENT TO SETTLEMENT AGREEMENT

Plaintiffs Lori Hopkins and Kila Hagler ("Plaintiffs") and Defendants Aerocare Holding, Inc., Aerocare Home Medical Equipment, Inc., and Aerocare Employee Benefits, Inc. ("Defendants") (collectively, the "Parties") notify the Court that the Parties have agreed to amend Section III.B.3 of the Settlement Agreement, previously filed as ECF 70-1, to state the following:

> Settlement Participating Class Members shall have one hundred eighty (180) calendar days after mailing of the payments to them to cash the checks containing the payment. The checks shall clearly state this deadline on their face. If any Settlement Participating Class Member does not cash their check within that 180-day period, the Class Administrator will be directed to attempt to locate and contact the Settlement Participating Class Member and determine the reason the check was not deposited within 180 days. If the Settlement Participating Class Member had not received the payment or was unable to deposit the check through no fault of their own, the Class Administrator will re-issue the check to the Settlement Participating Class Member within thirty (30) days of contact with the Settlement Participating Class Member. If any Settlement Participating Class Member does not cash their check within that 180-day period for any other reason, or if the Class Administrator is unable to contact or locate the Settlement Participating Class Member within thirty (30) days, such checks will be void and a stop-pay notice will be placed. In such event, those Settlement Participating Class Members will be deemed to have irrevocably waived any right in or claim to the payment, and this Agreement will be binding upon them. In this event, AeroCare agrees to pay to a 501(c)(3) charitable organization all amounts designated for Settlement Participating Class Members who do not cash their checks containing the payment.

Respectfully submitted,

| COOK, VETTER, DOERHOFF & LANDWEHR, P.C. | DYSART TAYLOR COTTER McMONIGLE & MONTEMORE, P.C. |
|---|---|
| By: /s/ Matthew A. Clement<br>Matthew A. Clement, MO #43833<br>Kari A. Schulte, MO # 57739<br>231 Madison<br>Jefferson City, MO 65101<br>(573) 635-7977<br>(573) 635-7414 – fax<br>mclement@cvdl.net<br>kschulte@cvdl.net | By: /s/ Anne E. Baggott<br>Anne E. Baggott         MO #59187<br>4420 Madison Avenue, Suite 200<br>Kansas City, MO  64111<br>Phone: (816) 931-2700<br>Fax: (816) 931-7377<br>abaggott@dysarttaylor.com<br><br>ATTORNEY FOR DEFENDANTS |

NEWMAN COMLEY & RUTH, P.C.

By: /s/ Ryan J. McDaniels
Ryan J. McDaniels, MO # 63072
Kimberly J.Z. Guthrie, MO #68147
601 Monroe Street, Suite 301
PO Box 537
Jefferson City, MO 65102
(573) 634-2266
(573) 636-3306
Ryan.m@ncrpc.com
guthriek@ncrpc.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on May 22, 2020, a true copy of the foregoing document was filed via the Court's electronic filing system, which will transmit notice of said filing via electronic mail to all counsel of record.

/s/ Anne E. Baggott
Anne E. Baggott, attorney for Defendants