IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LORI HOPKINS, et al. ) | |
| ) | |
| v. ) | Case No. 2: 19-CV-04054-NKL |
| ) | |
| AEROCARE HOME MEDICAL ) | JURY TRIAL DEMANDED |
| EQUIPMENT, INC., et. al. ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER APPROVING SETTLEMENT**

Before the Court is Plaintiffs' Unopposed Motion for Class Certification, Appointment of Class Representatives, Appointment of Class Counsel and Approval of Notice to Putative Class Members ("Unopposed Motion for Class Certification") and Memorandum in Support (Docs. 71 and 72), and the parties' Joint Motion for Approval of FLSA Collective Action Settlement (Doc. 70), with the attached proposed Settlement Agreement and Release of Claims and the Proposed Notice to Putative Class Members (Doc. 70-1), and the Parties' Notice of Filing of Amendment to Settlement Agreement (Doc. 79).

WHEREFORE, the Court, having fully and carefully reviewed the Motions and proposed Settlement Agreement and Release of Claims ("Settlement Agreement"), ORDERS as follows:

1.  Plaintiffs' Unopposed Motion for Class Certification (Doc. 71) is GRANTED, in all respects.

2.  The Court finds that the proposed Settlement Agreement is the result of contested litigation and represents a fair, reasonable, and adequate resolution of a bona fide dispute.

3.  The Court finds that the Settlement Agreement is in the best interests of the FLSA Collective Class Members, in light of the benefits accruing to the Class, the substantial discovery

1

and investigation conducted by Class Counsel prior to the proposed settlement, and the complexity, risk, expense, and possible length of time of continued litigation.

4. The Parties' Joint Motion for Approval of FLSA Collective Action Settlement (Docs. 70, 70-1, 79) is GRANTED. The Settlement Agreement, which is attached as Exhibit A to Doc. 70 and amended by Doc. 79, is APPROVED.

5. The formula and method for distribution of notice to Class Members and disbursement of settlement payments set forth in the Settlement Agreement is APPROVED, as a fair, equitable, and reasonable measure for contacting Class Members and distributing the settlement payments to the Class Members. Defendants shall fund the Settlement as set forth in the Settlement Agreement.

6. CAC Services Group, LLC is APPOINTED and APPROVED as the Claims Administrator in this matter.

7. The Notice of Collective Action Settlement and Consent to Join Form, attached to the Settlement Agreement as Exhibit C, is APPROVED.

8. The unopposed requested service award of Five Thousand Dollars ($5,000.00) paid to each Representative Plaintiff (paid by Defendants to each of Plaintiff Lori Hopkins and Plaintiff Kila Hagler) is APPROVED and ORDERED to be paid under the terms of the Settlement Agreement.

9. Because the Parties have not come to an agreement regarding Plaintiffs' Motion for Attorneys' Fees (Docs. 73 and 74), that Motion is taken under advisement by the Court and will be addressed by separate Order.

10. Upon a decision on Plaintiffs' Motion for Attorneys' Fees, the Court will enter a judgment dismissing this matter with prejudice. Without affecting the finality of that judgment of

dismissal in any way, the Court will reserve continuing and exclusive jurisdiction over this matter for the purpose of resolving issues relating to the administration, implementation, and enforcement of the Settlement Agreement and the conditions contained in this Order.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: May 29, 2020
Jefferson City, Missouri