IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

LORI HOPKINS, et al.,, )
)
        Plaintiffs, )
)
vs. ) Case No. 19-CV-04054-NKL
)
AEROCARE HOME MEDICAL )
EQUIPMENT, INC., et al., )
)
        Defendants. )
)

**JUDGMENT IN A CIVIL CASE**

\_\_\_    Jury Verdict.   This action came before the Court for a trial by jury.

X    Decision by Court.   This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

    IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on July 20, 2020, Plaintiffs' motion (Doc. 73) for fees, costs, and service awards is GRANTED IN PART and DENIED IN PART. Plaintiffs are awarded fees in the amount of $187,478 and costs in the amount of $8,050. Each named Plaintiff shall receive a service award of $5,000.

    In accordance with the Court's order approving the settlement (Doc. 81), this action is dismissed with prejudice. The Court reserves continuing and exclusive jurisdiction over this matter for the purpose of resolving issues relating to the

administration, implementation, and enforcement of the Settlement Agreement and the conditions contained in the order approving the settlement.

Date: July22, 2020

PAIGE WYMORE-WYNN
Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy